John W. Simpson and Others, Respondents, v. Edmund K. Stallo, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ambrosia M. Henry, as Administratrix, etc., Appellant, v. Charles Weisbecker, a Domestic Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Metropolitan Life Insurance Company, Appellant, v. The Hydrex Felt and Engineering Company and Others, Impleaded with Childs Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bronx Woman Suffrage League, Incorporated, Appellant, v. Anna Harvat Holbert and Another, Individually and Acting as Bronx Woman Suffrage League and Women's Political Union of Bronx County, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Sherry, Appellant, v. Frank Merz, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. John J. Howley, Appellant, v. James A. Henderson, as Superintendent of Buildings in the Borough of Bronx, City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of Frederic White Shepard, Appellant, for a Writ of Mandamus against Charles Strauss and Others, as Commissioners of the Board of Water Supply of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Estevan Amador, Appellant, v. Delfin Martinez and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Krasnoff, Respondent, v. Lambert Suydam, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied with ten dollars costs, on the ground that the court cannot on motion strike out a complete defense. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Machleder, Respondent, v. Globe Taxicab Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.